AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

JERALD BREWER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   2:14-CR-20040

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ P.K. Holmes, III
Signature of Judge

P.K. Holmes, III, Chief U.S. District Judge
Name and Title of Judge

06/10/2015
Date